## Kreider Estate.

Argued April 28, 1967. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*J. Julius Levy,* with him *Philip S. Davis, Ernest D. Preate,* and *Davis & Katz,* and *Levy, Preate & Purcell,* for appellant.

*L. E. Meyer,* with him *Meyer, Brubaker & Whitman,* for appellees.

*Charles V. Henry, III,* for appellee.

OPINION PER CURIAM, September 26, 1967:
Decree affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.